# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:26-cv-22429-KMM

JEROME TOUSSAINT,

     Petitioner,

v.

KROME NORTH SERVICE PROCESSING
CENTER, Warden,

     Respondent.

_____/

## ATTACHMENT TO PAPERLESS ORDER
## SETTING SHOW CAUSE HEARING

According to Assistant United States Attorney Timothy Abraham, Matthew Elliston—the Miami Field Office Director for ICE—is the ICE official who authorized the transfer of habeas petitioner immigration detainees out of the Southern District of Florida.  47 of these transfers violated an Order of a Judge of the Southern District of Florida prohibiting ICE from such transfers outside of the District during the pendency of the habeas corpus proceedings listed below.

Each bolded case is one where one of the following was true as of the time Respondents submitted their response at (ECF No. 37):  ICE had not notified a judge that it violated that judge's order; ICE was not sure whether it had notified a judge about violating that judge's order; or the detainee has not been returned to the Southern District of Florida and remains incarcerated outside of the District or has been removed.  The non-bolded cases are those where ICE transferred a habeas petitioner in violation of a judge's order, but where ICE notified that judge and has transferred the petitioner back to the Southern District of Florida.

| CASE NUMBER | NAME OF PETITIONER WHO WAS TRANSFERRED | JUDGE[1] | WHERE PETITIONER IS LOCATED |
|---|---|---|---|
| 1:26-cv-22429-KMM | Jerome Toussaint | Judge K. Michael Moore | Krome North Service Processing Center |
| **1:26-cv-21344-KMM** | **Jersson Rojas Ruiz** | **Judge K. Michael Moore** | **Houston Contract Detention Facility** |
| 1:26-cv-23679-BB | Emilio Leonel Varela Carmenatis | Judge Beth Bloom | Krome North Service Processing Center |
| 1:26-cv-23433-KMW | Daniel Enrique Morales Caldera | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-23060-BB | Carlos Antonio Trujillo Acosta | Judge Beth Bloom | Krome North Service Processing Center |
| **1:26-cv-21178-JB** | **Carlos De Armas Cabrera** | **Judge Jacqueline Becerra** | **Stewart Detention Center (Stewart County, Georgia)** |
| 1:26-cv-21894-KMW | Mario Reinoso Ramos | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-23662-JB | Leamsy Izquierdo Molina | Judge Jacqueline Becerra | Krome North Service Processing Center |
| 1:26-cv-22940-BB | Oslay Rojas Sosa | Judge Beth Bloom | Krome North Service Processing Center |
| 1:26-cv-23837-KMW | Hoffman Gonzalez Rodriguez | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-20825-KMW | Chang Luz Ramirez Sanchez | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-22465-KMW | Alvaro Osvaldo Prieto Quesada | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-23753-KMW | Ernesto Garcia | Judge Kathleen M. Williams | Miami Federal Detention Center |
| 1:26-cv-22144-KMW | Allan Young | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-23248-DSL | Randy A. Perez Ruano | Judge David S. Leibowitz | Miami Federal Detention Center |
| **1:26-cv-23518-KMW** | **Luis Gonzalo Diaz Barrientos** | **Judge Kathleen M. Williams** | **Krome North Service Processing Center** |
| 1:26-cv-23186-JB | Moses Lee Placide | Judge Jacqueline Becerra | Krome North Service Processing Center |
| **1:26-cv-24352-DMM** | **Yoan O. Ibanez Lopez** | **Judge Donald M. Middlebrooks** | **Stewart Detention Center (Stewart County, Georgia)** |
| **1:26-cv-23720-BB** | **Yohn Algines Landa Alcala** | **Judge Beth Bloom** | **Stewart Detention Center (Stewart County, Georgia)** |

[1] The Court notes that Respondents were ordered to provide information as to which judge each case was assigned to.  Respondents failed to provide this information for most of the cases they listed.  (ECF No. 37-1).

| | | | |
|---|---|---|---|
| 1:26-cv-24282-KMM | Pablo Andres Betancourt Gonzalez | Judge K. Michael Moore | Krome North Service Processing Center |
| 1:25-cv-24964-DPG | Dimitri Albert Edouard Vorbe | Judge Darrin P. Gayles | Krome North Service Processing Center |
| 1:26-cv-24233-KMW | Adrian Louistan | Judge Kathleen M. Williams | Krome North Service Processing Center |
| **1:26-cv-21027-KMW** | **Manaury Olivarez George** | **Judge Kathleen M. Williams** | **Stewart Detention Center (Stewart County, Georgia)** |
| 1:26-cv-23718-BB | Junxiao Liu | Judge Beth Bloom | Miami Federal Detention Center |
| **1:26-cv-24199-BB** | **Raimer Rodriguez** | **Judge Beth Bloom** | **IAH Secure Adult Detention Facility (Livingston, Texas)** |
| **1:26-cv-23642-DPG** | **Felix Alexander Hernandez Martinez** | **Judge Darrin P. Gayles** | **Miami Federal Detention Center** |
| **1:26-cv-23887-KMW** | **Roberto Rodriguez Alvarado** | **Judge Kathleen M. Wiliams** | **Krome North Service Processing Center** |
| 1:26-cv-24080-KMW | Arvelio Clavero Gonzalez | Judge Kathleen M. Williams | Krome North Service Processing Center |
| 1:26-cv-24038-DSL | Roimer Gonzalez Galvez | Judge David S. Leibowitz | Krome North Service Processing Center |
| 1:26-cv-23521-KMW | Ramon Espinoza Reyne | Judge Kathleen M. Williams | Krome North Service Processing Center |
| **1:26-cv-23863-BB** | **Yasmani Chamizo Betancourt** | **Judge Beth Bloom** | **Miami Federal Detention Center** |
| 1:26-cv-21712-KMW | Hao Quoc Le | Judge Kathleen M. Williams | Krome North Service Processing Center |
| **1:25-cv-25506-DPG** | **Victor Rubio-Ortega** | **Judge Darrin P. Gayles** | **Broward Transitional Center** |
| **1:26-cv-23634-KMM** | **Andy Pierre** | **Judge K. Michael Moore** | **Adams County Correctional Center (Adams County, Mississippi)** |
| **1:26-cv-23591-DPG** | **Ruben Macias Santos** | **Judge Darrin P. Gayles** | **Glades County Detention Center (Glades County, Florida)** |
| 1:26-cv-22342-KMW | Yunier Consuegra Aguilar | Judge Kathleen M. Williams | Krome North Service Processing Center |
| **1:26-cv-22246-KMW** | **Alexander Valladares Orta** | **Judge Kathleen M. Williams** | **Adams County Correctional Center (Adams County, Mississippi)** |
| **1:26-cv-24037-BB** | **Orelbe Zayas Mantilla** | **Judge Beth Bloom** | **Stewart Detention Center (Stewart County, Georgia)** |
| **1:26-cv-24059-KMM** | **Juan Carlos Pena Bejerano** | **Judge K. Michael Moore** | **Stewart Detention Center (Stewart County, Georgia)** |

| | | | |
|---|---|---|---|
| **1:26-cv-22206-KMW** | **Yurisdel Sanchez Madruga** | **Judge Kathleen M. Williams** | **Krome North Service Processing Center** |
| **1:26-cv-21514-JB** | **Josbel Braulio Pino Menas** | **Judge Jacqueline Becerra** | **Stewart Detention Center (Stewart County, Georgia)** |
| **1:26-cv-22055-JB** | **Leonard Zapata Pita** | **Judge Jacqueline Becerra** | **IAH Secure Adult Detention Facility (Livingston, Texas)** |
| **1:26-cv-24057-KMW** | **Jingchen Zhang** | **Judge Kathleen M. Williams** | **Adams County Correctional Center (Adams County, Mississippi)** |
| **1:26-cv-24202-DSL** | **Jose Cano** | **Judge David S. Leibowitz** | **Stewart Detention Center (Stewart County, Georgia)** |
| **1:26-cv-22111-DPG** | **Eli Samuel Blye** | **Judge Darrin P. Gayles** | **Removed to Jamaica** |
| **1:26-cv-22377-KMW** | **Ricardo Rodrigues Gomes** | **Judge Kathleen M. Williams** | **Krome North Service Processing Center** |
| **1:26-cv-21770-KMM** | **Yilmaz Han** | **Judge K. Michael Moore** | **Adams County Correction Center (Adams County, Mississippi)** |

4